# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 14, 2019

**VIA FACSIMILE & ECF**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312
(212) 805-7942 – one (1) page, including this page

  Re: Perez, *et al.* v. Super Gourmet Food Corp., *et al.*
     Civil Case No.: 1:16-cv-4375 (AKH) (AJP)
     <u>MLLG File No.: 105-2018</u>

Dear Judge Hellerstein:

  This firm represents Defendants Super Gourmet Food Corp., Philip Ventura, Anthony Morabito and Kevin Farraher (collectively, "Defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of forty-five (45) days of the status conference currently scheduled for Friday, November 22, 2019 at 10:00 AM.

  The reason for the request is that Plaintiffs have propounded extensive requests for documents and information concerning the allegations in this matter, as well as Defendants' financial status. Defendants need time to gather the responsive documents and information for Plaintiffs' review.

  Pursuant to this Court's Individual Rules (hereinafter "Rules") ¶ 1(D): (i) the original date of the conference was November 22, 2019; (ii-iii) there has been no previous requests for an adjournment of this conference; (iv) Plaintiffs consent to the requested extension of time; and (v) Defendants are unaware of any other scheduled dates.

  We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            **MILMAN LABUDA LAW GROUP PLLC**

            <u>/s/ Netanel Newberger, Esq.</u>
            Netanel Newberger, Esq.

cc:  All parties of record – via ECF