## ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO: Concerned Parties**

**FROM: Brigitte Jones, Courtroom Deputy**      **Date: 7/16/2020**
      **by Order of Judge Alvin K. Hellerstein**

**Franco Perez v. Super Gourmet Food Corp., et al. – 16 Civ. 4375(AKH)**

**The status conf. previously scheduled for July 17, 2020 is hereby adjourned.**

**You are hereby notified that you are required to appear for a status conf.**
      **Date : July 24, 2020**
      **Time: 10:00 a.m.**

**Counsel will be contacted once all the details for the video conferencing is finalized.**

      **So Ordered,**

      **Alvin K. Hellerstein, U.S.D.J.**