UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
VICTOR FRANCO PEREZ, et al.,             :
                                          :
                                          :   **ORDER REGULATING**
                                          :   **PROCEEDINGS**
           Plaintiffs,                    :
                                          :
     -against-                            :   16 Civ. 4375  (AKH)
                                          :
                                          :
                                          :
SUPER GOURMET FOOD CORP. (d/b/a           :
THUNDER JACKSON'S), et al.,               :
                                          :
           Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 6, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. Plaintiff's letter motion to compel discovery is denied without prejudice.  The Clerk is directed to close ECF No. 76.

2. On or before November 18, 2020, the parties shall submit a joint letter to the Court outlining a proposed schedule for depositions and describing any remaining discovery disputes.

3. On November 20, 2020, at 10:30 a.m., the parties shall appear for a telephonic status conference.  The conference will be held via the following call-in number:

    Dial:  888-363-4749

    Access code: 7518680

All participants are directed to call in at least 5 minutes prior to the start of the conference. No later than November 18, 2020, at 12:00 p.m., the parties shall

jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: November 9, 2020  _____/s/_____
New York, New York       ALVIN K. HELLERSTEIN
                         United States District Judge