UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
VICTOR FRANCO PEREZ, et al.,

                        Plaintiff,

   -against-

SUPER GOURMET FOOD Corp., et al.,

                        Defendants.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

16 Civ. 4375 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 20, 2020, I held a telephonic status conference in the above-captioned matter, during which I ruled on the Parties' joint letter regarding discovery disputes submitted on November 18, 2020, ECF No. 81. As discussed at the conference, all remaining interrogatories and documents shall be produced by December 4, 2020. Fact discovery shall be completed by March 26, 2021. Parties are hereby ordered to appear for a status conference on April 16, 2021 at 10 am.

        SO ORDERED.

Dated:    November 20, 2020        _____/s/_____
                New York, New York         ALVIN K. HELLERSTEIN
                                                   United States District Judge