# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

ctucker@faillacelaw.com

December 1, 2020

Settlement Papers with proof of fairness shall be submitted by December 23, 2020. The fairness hearing will be held, virtually, on Tuesday, January 12, 2021, at 10:00 a.m. Any and all other dates with the Court are canceled.

**VIA ECF**
Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

So ordered,
/s/ Alvin K. Hellerstein December 3, 2020

Re: <u>Franco Perez et al v. Super Gourmet Food Corp. et al</u>
1:16-cv-04375-AKH

Your Honor,

This firm represents Plaintiffs in the above-referenced matter. We write jointly with Defendants to respectfully notify the Court that the parties reached a settlement in principle.

Plaintiffs exchanged the first set of settlement materials with Defendants on November 24, 2020.

We respectfully request a schedule for submission of settlement materials to the Court on December 23, 2020.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Clifford R. Tucker*
Clifford R. Tucker
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiffs