# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 12, 2021

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Alvin K. Hellerstein, U.S.D.J.
500 Pearl Street, Room 1050
New York, NY 10007-1312

So ordered,

/s/ Hon. Alvin K. Hellerstein
Jan. 12, 2021

Re:   Perez, *et al.* v. Super Gourmet Food Corp., *et al.*
      Civil Case No.: 1:16-cv-4375 (AKH)
      <u>MLLG File No.: 105-2018</u>

Dear Judge Hellerstein:

This firm represents the Defendants in the above-referenced case.  The Defendants write jointly to respectfully request an adjournment of the virtual fairness hearing scheduled for today, January 12, 2021 at 10:00 AM pursuant to this Court's Order dated December 3, 2020.  <u>See</u> Docket Entry 84.  The reason for this request is because the parties have not yet finalized settlement; indeed, on December 23, 2020, Defendants wrote to seek an extension of time of thirty (30) days to submit the settlement documents and this Court granted Defendants' request on December 28, 2020.  <u>See</u> Docket Entries 85-86.

The parties are working together and have reached agreement in principle on virtually every issue.  Plaintiffs sent Defendants revised documents for review and the parties expect to meet the Friday, January 22, 2021 deadline to submit the settlement documents to the Court.

Pursuant to this Court's Individual Rules (hereinafter "Rules") ¶ 1(D): (i) the original date of the hearing is Tuesday, January 12, 2021; (ii-iii) there have been no previous requests for an adjournment of this conference; (iv) the adversary joins in this application and thus consents; and (v) Defendants are unaware of any other previously scheduled dates such that a suggested modified schedule is necessary given the fact that the parties have reached a settlement in principle.

Defendants thus respectfully submit that sufficient good cause exists for an adjournment of the conference (<u>see</u> Fed. R. Civ. P. 6(b)(1)(A)) and thank the Court for its time and attention to this case.

Dated: Lake Success, New York
       January 12, 2021                      Respectfully submitted,

                                          **MILMAN LABUDA LAW GROUP PLLC**

                                          _____/s_____
                                          Emanuel Kataev, Esq.
                                          3000 Marcus Avenue, Suite 3W8
                                          Lake Success, NY 11042-1073
                                          (516) 328-8899 (office)
                                          (516) 303-1395 (direct dial)
                                          (516) 328-0082 (facsimile)
                                          emanuel@mllaborlaw.com

cc:      All parties of record – via ECF.