UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR FRANCO PEREZ , JESUS CASTELLANOS MENDEZ, ABELARDO LAUREANO MENDEZ, APOLINAR VAQUERO, and JOSE LUIS RODRIGUEZ FLORES, *individually and on behalf of others similarly situated*,

        Plaintiffs,

-against-

SUPER GOURMET FOOD CORP. (d/b/a THUNDER JACKSON'S) PHILIP VENTURA, ANTHONY MORABITO, and KEVIN FARRAHER,

        Defendants
-----------------------------------------------------------X

Case 1:16-cv-04375-AKH

**JUDGMENT**

    On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs VICTOR FRANCO PEREZ, JESUS CASTELLANOS MENDEZ, ABELARDO LAUREANO MENDEZ, APOLINAR VAQUERO, and JOSE LUIS RODRIGUEZ FLORES, have judgment against Defendant PHILIP VENTURA,, jointly and severally, in the amount of One Hundred and Four Thousand Dollars and Zero Cents ($104,000.00) which is inclusive of attorneys' fees and costs.

    Dated: _____, 2021    SO ORDERED,

                                                            _____