# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 24, 2021

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Alvin K. Hellerstein, U.S.D.J.
500 Pearl Street, Room 1050
New York, NY 10007-1312

   Re: <u>Perez, *et al.* v. Super Gourmet Food Corp., *et al.*</u>
     <u>Civil Case No.: 1:16-cv-4375 (AKH)</u>
     <u>MLLG File No.: 105-2018</u>

Dear Judge Hellerstein:

  This firm represents the Defendants in the above-referenced case. The Defendants write to respectfully request an adjournment until April 9, 2020 of the virtual fairness hearing scheduled for this Friday, March 26, 2021 at 10:00 AM pursuant to this Court's Order dated March 5, 2021. The reason for this request is while the parties have finalized the settlement agreement, Defendants have not been able to review and sign the settlement documents. Moreover, given the approaching religious holiday of Passover, counsel will be unavailable over the next several days to review the settlement documents with Defendants.

  Pursuant to this Court's Individual Rules (hereinafter "Rules") ¶ 1(D): (i) the original date of the hearing is Friday, March 26, 2021; (ii-iii) there have been no previous requests for an adjournment of this conference; (iv) Plaintiffs consent to this application; and (v) Defendants are unaware of any other previously scheduled dates such that a suggested modified schedule is necessary given the fact that the parties have reached a settlement in principle.

  Defendants thus respectfully submit that sufficient good cause exists for an adjournment of the conference (<u>see</u> Fed. R. Civ. P. 6(b)(1)(A)) and thank the Court for its time and attention to this case.

Dated: Lake Success, New York
    March 24, 2021      Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                _____/s_____
                Netanel Newberger, Esq.
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)

(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
netanel@mllaborlaw.com

cc:     All parties of record – via ECF.